1 | **CANDIS MITCHELL**
California State Bar No. 242797
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Candis_Mitchell@fd.org

5 | Attorneys for Mr. Ruiz-Hernandez

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,           ) Case No. 08MJ2294
                                        )
12 |                 Plaintiff,          )
                                        )
13 | v.                                  )
                                        ) **NOTICE OF APPEARANCE**
14 | ERNESTO DAVID RUIZ-HERNANDEZ,       )
                                        )
15 |                                     )
                Defendant.               )
16 | _____)

17 |        Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 | California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 | attorney in the above-captioned case.

20 |                                          Respectfully submitted,

22 | Dated: July 31, 2008                     /s/ *Candis Mitchell*
                                              **CANDIS L. MITCHELL**
23 |                                          Federal Defenders of San Diego, Inc.
                                              Attorneys for Mr. Ruiz-Hernandez
24 |                                          Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 31, 2008    */s/ Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Candis_Mitchell@fd.org