FILED
AUG 21 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  Criminal Case 08CR 2816-JLS
                                    )
         Plaintiff,                 )  I N F O R M A T I O N
                                    )
    v.                              )  Title 21, U.S.C., Secs. 952 and
                                    )  960 - Importation of Marijuana
ERNESTO DAVID RUIZ-HERNANDEZ,       )  (Felony)
                                    )
         Defendant.                 )
_____)

   The United States Attorney charges:

   On or about July 26, 2008, within the Southern District of California, defendant ERNESTO DAVID RUIZ-HERNANDEZ, did knowingly and intentionally import approximately 20.38 kilograms (44.83 pounds) of Marijuana (gross weight), a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

   DATED: 8/21/08       .

                                       KAREN P. HEWITT
                                       United States Attorney

                                       CHARLOTTE E. KAISER
                                       Assistant U.S. Attorney

CEK:jam:San Diego
7/31/08